AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CHARLES WILSON,

       Plaintiff,

   V.

CAPITOL RECORDS, INC. and
EMI MUSIC, INC. d/b/a CAPITOL
MUSIC GROUP, BERLIN CAMERON UNITED,
HEINEKEN USA, INC.

       Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5449**

**JUDGE CHIN**

TO: (Name and address of Defendant)

    BERLIN CAMERON UNITED
    100 Avenue of the Americas
    New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Helene M. Freeman, Esq.
    DORSEY & WHITNEY LLP
    250 Park Avenue
    New York, NY 10177

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JUN 0 8 2007

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES WILSON

        Plaintiff,

 -against-

CAPITOL RECORDS, INC. and EMI MUSIC,
INC. d/b/a CAPITOL MUSIC GROUP,
BERLIN CAMERON UNITED, HEINEKEN
USA, INC.

        Defendants.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Index No. 07 CIV 5449

STATE OF NEW YORK )
        ) ss.:
COUNTY OF QUEENS )

 Shaun Jackson, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

 On June 8, 2007, at approximately 6:24 p.m., at 100 Avenue of the Americas, New York, NY 10013, Deponent served the within Summons in a Civil Case and Complaint with Jury Trial Demanded, upon **Berlin Cameron United,** by delivering to and leaving with Eric Berg, Interactive Director, a true and correct copy of the aforementioned documents.

 At the time of said service, Eric Berg, stated that he was authorized to accept service on behalf of Berlin Cameron United.

 Eric Berg is described as a White male, approximately 25-30 years of age, 175-185 lbs., 6'0"-6'2" tall and has brown hair.

                 _____
                  Shaun Jackson

Sworn to before me this
13th day of June, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009