AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CHARLES WILSON,

    Plaintiff,

V.

CAPITOL RECORDS, INC. and
EMI MUSIC, INC. d/b/a CAPITOL
MUSIC GROUP, BERLIN CAMERON UNITED,
HEINEKEN USA, INC.

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CIV 5449**

**JUDGE CHIN**

TO: (Name and address of Defendant)

    EMI MUSIC, INC.
    150 Fifth Avenue
    New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Helene M. Freeman, Esq.
    DORSEY & WHITNEY LLP
    250 Park Avenue
    New York, NY 10177

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUN 0 8 2007

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CHARLES WILSON | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | Index No. 07 CIV 5449 |
| -against- | |
| CAPITOL RECORDS, INC. and EMI MUSIC, INC. d/b/a CAPITOL MUSIC GROUP, BERLIN CAMERON UNITED, HEINEKEN USA, INC. | |
| Defendants. | |

------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF QUEENS    )

Shaun Jackson, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On June 8, 2007, at approximately 5:48 p.m., at 2 West 20th Street, New York, NY 10011, Deponent served the within Summons in a Civil Case and Complaint with Jury Trial Demanded, upon **EMI Music Inc.,** by delivering to and leaving with Alasdair J. Mcmulan, Senior Vice President, Legal Affairs, a true and correct copy of the aforementioned documents.

At the time of said service, Alasdair J. Mcmulan, stated that he was authorized to accept service on behalf of EMI Music Inc.,

Alasdair J. Mcmulan is described as a White male, approximately 35-42 years of age, 190-200 lbs., 5'8"-5'9" tall, has brown hair and wears glasses.

_____
(Shaun Jackson)

Sworn to before me this
13th day of June, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009