AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CHARLES WILSON,

       Plaintiff,

V.

CAPITOL RECORDS, INC. and
EMI MUSIC, INC. d/b/a CAPITOL
MUSIC GROUP, BERLIN CAMERON UNITED,
HEINEKEN USA, INC.

       Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5449**

**JUDGE CHIN**

TO: (Name and address of Defendant)

    HEINEKEN USA, INC.
    360 Hamilton Avenue
    White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Helene M. Freeman, Esq.
    DORSEY & WHITNEY LLP
    250 Park Avenue
    New York, NY 10177

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marcos Quintero_

(By) DEPUTY CLERK

DATE: JUN 0 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CHARLES WILSON | AFFIDAVIT OF SERVICE |
| | Index No. 07 CIV 5449 |
| Plaintiff, | |
| -against- | |
| CAPITOL RECORDS, INC. and EMI MUSIC, INC. d/b/a CAPITOL MUSIC GROUP, BERLIN CAMERON UNITED, HEINEKEN USA, INC. | |
| Defendants. | |

------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF QUEENS    )

Omar Ferguson, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On June 13, 2007, at approximately 3:45 p.m., at 360 Hamilton Avenue, White Plains, NY 10601, Deponent served the within Summons in a Civil Case and Complaint with Jury Trial Demanded, upon **Heineken USA, Inc.,** by delivering to and leaving with Claryssa Sattaur, Executive Receptionist, a true and correct copy of the aforementioned documents.

At the time of said service, Claryssa Sattaur, stated that she was authorized to accept service on behalf of Heineken USA, Inc.

Claryssa Sattaur is described as a White female, approximately 35-40 years of age, 185-195 lbs., 5'8"-5'9" tall and has brown hair.

_____
Omar Ferguson

Sworn to before me this
13th day of June, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009