```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CHARLES WILSON,                                        :

            Plaintiff,                  :   07 CV 5449 (DC)

    v.                                               :   **STIPULATION AND ORDER**

CAPITOL RECORDS, INC. and BMI MUSIC, INC.              :
d/b/a CAPITOL MUSIC GROUP, BERLIN
CAMERON UNITED, HEINEKEN USA, INC.,                    :

            Defendants.                 :

-------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the time for all defendants to answer or otherwise move with respect to the Amended Complaint is hereby extended from July 5, 2007 to July 27, 2007.

Dated: New York, New York
      July 10, 2007

DORSEY & WHITNEY LLP
Attorneys for Plaintiff

By: _____
    Helene M. Freeman (NY 1088004)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Dated: New York, New York
      July 10, 2007

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendants

By: _____
    Richard S. Mandel (RM-4884)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

SO ORDERED this 11th
day of July, 2007

_____
U.S.D.J.