SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

CHARLES WILSON,

               Plaintiff,

     -against-

CAPITOL RECORDS, INC. and EMI MUSIC, INC.
d/b/a CAPITOL MUSIC GROUP, BERLIN
CAMERON UNITED, HEINEKEN USA, INC.,

               Defendants.

-------------------------------------------------------- x

Case No. 07CV5449 (DC)(THK)

**NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HACE VICE***

RECEIVED JUL 30 2007 JUDGE CHIN'S CHAMBERS

JUL 23 2007

    PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, and upon the annexed Declaration of Richard S. Mandel, Esq., a member in good standing of the bar of this Court, Defendants, by their attorneys Cowan, Liebowitz & Latman, P.C., hereby move this Court for an Order allowing the *pro hac vice* admission of:

           David A. Steinberg, Esq.
           Mitchell, Silberberg & Knupp LLP
           11377 West Olympic Boulevard
           Los Angeles, California 90064-1683
           Phone Number: (310) 312-2000
           Fax Number: (310) 312-3100
           Email: das@msk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-7-2007

    As evidenced by the annexed Certificate of Good Standing, David A. Steinberg is a member in good standing of the Bar of the State of California.

*Motion GRANTED.*
*So ORDERED.*

*[signature]*
*USDJ 8/7/07*

23678/000/797555.1

There are no pending disciplinary proceedings against David A. Steinberg in any State or Federal court.

Dated: New York, New York
       July 23, 2007

>Respectfully submitted,
>
>COWAN, LIEBOWITZ & LATMAN, P.C.
>Attorneys for Defendants
>
>By: _____
>       Richard S. Mandel (RM-4884)
>1133 Avenue of the Americas
>New York, New York 10036-6799
>Phone: (212) 790-9200
>Fax: (212) 575-0671

23678/000/797555.1