UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHARLES WILSON,

                      Plaintiff,

      -against-

CAPITOL RECORDS, INC. and EMI MUSIC, INC.
d/b/a CAPITOL MUSIC GROUP, BERLIN
CAMERON UNITED, HEINEKEN USA, INC.,

                    Defendants.

------------------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-2007
Case No. 07CV5449 (DC)(THK)
```

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

This matter having come before the Court on the motion of Richard S. Mandel, Esq., attorney for defendants and a member in good standing of the bar of this Court, and said sponsor attorney's declaration in support of the motion, for leave to permit David A. Steinberg, Esq. to appear in this action *pro hac vice* as counsel for Defendants;

IT IS HEREBY ORDERED that:

        David A. Steinberg, Esq.
        11377 West Olympic Boulevard
        Los Angeles, California 90064-1683
        Phone Number: (310) 312-2000
        Fax Number: (310) 312-3100
        Email: das@msk.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System (ECF), counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ____8/7____, 2007

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

5

23678/000/797555.1