UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHARLES WILSON,

        Plaintiff,

        v.

CAPITOL RECORDS, INC. and EMI MUSIC, INC.
d/b/a CAPITOL MUSIC GROUP, BERLIN
CAMERON UNITED, HEINEKEN USA, INC.,

        Defendants.

------------------------------------------------------------------x

07 CV 5449 (DC)

**RULE 7.1 STATEMENT**

Electronically Filed

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendants Capitol Records, Inc., EMI Music, Inc., erroneously sued herein as EMI Music, Inc. d/b/a Capitol Music Group, Berlin Cameron United and Heineken USA, Inc. identifies the following parent corporations and any publicly held companies that own 10% or more of these defendants' stock:

- EMI Group Limited
- Heineken International, BV
- Heineken NV
- Rasor Holdings, Inc.
- WPP Group, PLC

Dated: New York, New York
       October 19, 2007

                        Respectfully submitted,

                        COWAN, LIEBOWITZ & LATMAN, P.C.
                        RICHARD S. MANDEL

                        MITCHELL SILBERBERG & KNUPP LLP
                        RUSSELL J. FRACKMAN
                        DAVID A. STEINBERG
                        WADE B. GENTZ
                        Attorneys for Defendants

                        By: _____
                           David A. Steinberg
                        11377 West Olympic Boulevard
                        Los Angeles, California 90064
                        (310) 312-2000