UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| CHARLES WILSON., | : |
| Plaintiff, | : |
| | 07 Civ. 5449 (DC) |
| -against- | : |
| | **NOTICE OF APPEARANCE** |
| CAPITOL RECORDS, INC. and EMI MUSIC, INC. d/b/a CAPITOL MUSIC GROUP, BERLIN CAMERON UNITED, HEINEKEN USA, INC., | : FILED ELECTRONICALLY : |
| Defendants. | : |

------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and request that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       October 19, 2007

COWAN, LIEBOWITZ & LATMAN, P.C.

By:   /s/ Richard S Mandel

Richard S. Mandel (RM 4884)

1133 Avenue of the Americas
New York, New York 10036
212-790-9200

*Attorney for Defendants*

23678/000/808043.1