UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

CHARLES WILSON,                                            :

        Plaintiff,                                      :        07 CV 5449 (DC)

        v.                                             :        **NOTICE OF MOTION TO
                                                                   DISMISS PLAINTIFF'S**
CAPITOL RECORDS, INC. and EMI MUSIC, INC.        :        **STATE LAW RIGHT OF**
d/b/a CAPITOL MUSIC GROUP, BERLIN                          **PUBLICITY CLAIM**
CAMERON UNITED, HEINEKEN USA, INC.,              :

                                                      :        Electronically Filed

        Defendants.                                     :

----------------------------------------------------------------- x

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and

upon all the prior pleadings and proceedings, Defendants hereby move this court, before the

Honorable Denny Chin, U.S.D.J., at the United States District Court for the Southern District

of New York, 500 Pearl Street, Courtroom 11A, New York, New York 10007, for an order

granting the Defendants' motion to dismiss Plaintiff's Third Claim for Relief, pursuant to

Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted because

the Copyright Act, 17 U.S.C. § 301, preempts Plaintiff's state law right of publicity claim,

and for such other relief as the Court may consider just and proper.

Motion Schedule (as set by the Court): Moving papers due October 19, 2007; answering papers due November 16, 2007; and reply papers due November 30, 2007.

Oral argument is requested.


Dated:   New York, New York
         October 19, 2007

                            Respectfully submitted,

                            COWAN, LIEBOWITZ & LATMAN, P.C.
                            RICHARD S. MANDEL

                            MITCHELL SILBERBERG & KNUPP LLP
                            RUSSELL J. FRACKMAN
                            DAVID A. STEINBERG
                            WADE B. GENTZ
                            Attorneys for Defendants

                            By: _____
                               David A. Steinberg
                               11377 West Olympic Boulevard
                               Los Angeles, California 90064
                               (310) 312-2000

23678/000/807534.1