## CERTIFICATE OF SERVICE

I, Richard S. Mandel, being a member of the Bar of this Court, certify that on November 30, 2007, I caused a true copy of the foregoing *Reply Memorandum in Further Support of Defendants' Motion to Dismiss Plaintiff's Right of Publicity Claim* to be served upon the Third-Party Defendant, by First Class Mail addressed to:

> Calvin Broadus, Jr. p/k/a Snoop Dogg
> 2345 Alamo Heights Dr.
> Diamond Bar, CA 91745

Dated:   New York, New York
         November 30, 2007

_____
RICHARD S. MANDEL (RM-4884)

23678/000/812164.1