CW/F 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CHARLES WILSON,                            :    07 CV 5449 (DC)
                                           :
                                           :    The Honorable
            Plaintiff,                     :    Denny Chin
                                           :
                                           :
       v.                                  :    **STIPULATION
                                           :    AND ORDER**
CAPITOL RECORDS, INC. and EMI MUSIC        :
GROUP, INC. D/b/a CAPITOL MUSIC            :
GROUP, BERLIN CAMERON UNITED,              :
HEINEKEN USA, INC., LLC,                   :
                                           :
            Defendants.                    :
----------------------------------------x
CAPITOL RECORDS, INC. and PRIORITY         :
RECORDS, LLC,                              :
                                           :
                                           :
            Third Party Plaintiffs,        :
                                           :
       v.                                  :
                                           :
CALVIN BROADUS, JR. P/k/a SNOOP            :
DOGG,                                      :
                                           :
                                           :
            Third Party Defendant.         :
----------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the

parties, through their undersigned counsel, that the time for the

Third Party defendant Calvin Broadus, Jr. to answer or otherwise move

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/18/07]

with respect to the Third Party Complaint is hereby extended from

December 18, 2007 to December 28, 2007.

Dated: New York, New York
       December 17, 2007

COWAN LIEBOWITZ             MITCHELL SILBERERG & KNUPP
& LATMAN, P.C..             RUSSELL J. FRACKMAN
RICHARD MANTEL              DAVID A. STEINBERG
(RM 4884)                   WADE B. GENTZ
                            Attorneys for Defendants
                            And Third Party Plaintiffs

                            BY: _____
                            David A. Steinberg
                            11377 W. Olympic Blvd.
                            Los Angeles, CA 90064
                            (310) 312-2000

Dated: Los Angeles, CA      SCHLEIMER & FREUNDLICH, LLP
       December 17, 2007    Attorneys for Third Party Defendant

                            BY: _____
                            Kenneth D. Freundlich (KF 9831)
                            (NYS Bar # 211990)
                            9100 Wilshire blvd. Suite 615E
                            Beverly Hills, CA 90212
                            P: (310) 273-9807
                            F: (310) 273-9809
                            E-mail: Kfreundlich@earthlink.net

Dated: New York, New York       DORSEY & WHITNEY, LLP
December 17, 2007               Attorneys for Plaintiff

BY: *(signature)*
Helene M. Freeman
(NY 1088004)
250 Park Avenue
New York, New York 10177
(212) 415-9200

SO ORDERED this 18th
day of December 2007

*(signature)*

U.S.D.J.