# SCHLEIMER & FREUNDLICH, LLP
## ATTORNEYS AND COUNSELORS AT LAW

9100 WILSHIRE BOULEVARD
SUITE 615 - EAST TOWER
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE: (310) 273-9807
TELECOPIER: (310) 273-9809

<u>VIA FACSIMILE</u>
(212) 805-7906

February 20, 2008

Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

Re:   <u>Wilson v. Capitol Records, Inc., et al., No 07-CV-5449 (DC)</u>
      Our File No.306-3

Your Honor:

In furtherance of the global settlement in principle that the parties reached, a written draft settlement agreement has been distributed. The parties have exchanged comments which are currently being negotiated.

To facilitate the ongoing settlement discussions, Mr. Steinberg, Ms. Freeman and I would like to jointly request a further thirty (30) day extension of the briefing schedule previously set for Mr. Broadus' Motion To Dismiss as follows, :

|  | <u>OLD DATES</u> | <u>NEW DATES</u> |
|---|---|---|
| Motion and Brief: | March 6, 2008 | April 6, 2008 |
| Opposition Brief: | March 20, 2008 | April 20, 2008 |
| Reply Brief: | March 27, 2008 | April 27, 2008 |

Approved.
USDJ
2/20/08

Thank you for your consideration.

Respectfully yours,

KENNETH D. FREUNDLICH

cc:   David A. Steinberg, Esq. (Co-counsel for Third Party Plaintiff via fax)
      Richard S. Mandel, Esq. (Co-counsel for Third Party Plaintiff via fax)
      Helene M. Freeman (counsel for Plaintiff via fax)

KDF:ms