USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/01/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES WILSON,<br><br>                Plaintiff,<br><br>        v.<br><br>CAPITOL RECORDS, INC. and EMI MUSIC, INC. d/b/a CAPITOL MUSIC GROUP, BERLIN CAMERON UNITED, HEINEKEN USA, INC.,<br><br>                Defendants. | 07 CV 5449 (DC)<br><br>The Honorable Denny Chin<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CAPITOL RECORDS, INC. and PRIORITY RECORDS, LLC,<br><br>                Third Party Plaintiffs,<br>       v.<br><br>CALVIN BROADUS, JR. p/k/a SNOOP DOGG,<br><br>                Third-Party Defendant. | |

       **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys for plaintiff Charles Wilson, defendants EMI Music, Inc., Berlin Cameron United, and Heineken USA, Inc., defendant and third-party plaintiff Capitol Records, Inc., third-party plaintiff Priority Records, LLC, and third-party defendant Calvin Broadus, Jr. p/k/a Snoop Dogg (i.e., all parties to this action) that this action and all of the claims shall be, and the same hereby are, dismissed with prejudice, each party bearing his or its owns costs and attorneys' fees and with no party as a prevailing party.

Dated: ~~February~~ *March 24*, 2008
New York, New York

DORSEY & WHITNEY LLP
By:

_____
Helene M. Freeman ( - )
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorney for Plaintiff Charles Wilson*

COWAN LIEBOWITZ & LATMAN LLP
By:

_____
Richard S. Mandel ( - )
1133 Avenue of the Americas
New York, NY 10036-6799
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

*Attorneys for Defendants EMI Music, Inc., Berlin Cameron United, and Heineken USA, Inc, Defendant and Third-Party Plaintiff Capitol Records, Inc., and Third-Party Plaintiff Priority Records, LLC*

SCHLEIMER & FREUNDLICH, LLP
By: /s/ Kenneth D. Freundlich
Kenneth D. Freundlich (F-9631)

9100 Wilshire Boulevard
Suite 615 East Tower
Beverly Hills, CA 90212
Telephone: (310) 273-9807
Facsimile: (310) 273-9809

*Attorneys for Third-Party Defendant Calvin Broadus, Jr. p/k/a Snoop Dogg Charles Wilson.*

SO ORDERED:

_____
Hon. Denny Chin, U.S.D.J

Dated: ~~February~~ March __, 2008
New York, New York

DORSEY & WHITNEY LLP
By: _____
Helene M. Freeman (  -    )
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorney for Plaintiff Charles Wilson.*

COWAN LIEBOWITZ & LATMAN LLP
By: _____
Richard S. Mandel (  -    )
1133 Avenue of the Americas
New York, NY 10036-6799
Telephone: (212) 790-9200
Facsimile: (212) 575-0671

*Attorneys for Defendants EMI Music, Inc., Berlin Cameron United, and Heineken USA, Inc, Defendant and Third-Party Plaintiff Capitol Records, Inc., and Third-Party Plaintiff Priority Records, LLC*

SCHLEIMER & FREUNDLICH, LLP
By:
_____
Kenneth D. Freundlich (  -    )

9100 Wilshire Boulevard
Suite 615 East Tower
Beverly Hills, CA 90212
Telephone: (310) 273-9807
Facsimile: (310) 273-9809

*Attorneys for Third-Party Defendant Calvin Broadus, Jr. p/k/a Snoop Dogg Charles Wilson.*

SO ORDERED:
_____
Hon. Denny Chin, U.S.D.J.

4/4/08